# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE OPERATING ENGINEERS PENSION TRUST, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>INLAND CC, INC., a California corporation doing business as Inland Concrete Constructors,<br><br>Defendant. | CASE NO.: CV 10-05382 JAK (RZx)<br><br>ASSIGNED TO THE HONORABLE JOHN A. KRONSTADT<br><br>**ORDER ON STIPULATION RE: DISMISSAL WITH PREJUDICE**<br><br>JS-6 |

TO ALL PARTIES, AND THEIR LEGAL COUNSEL OF RECORD:

**IT IS HEREBY ORDERED** that pursuant to the "Stipulation for Dismissal with Prejudice" entered into by and between Plaintiffs, Trustees of the Operating Engineers Pension Trust, et al., and Defendant Inland CC, Inc., a California corporation doing business as Inland Concrete Constructors:

(1) The above-entitled case shall be dismissed, with prejudice; and

(2) Each party is to bear its own attorneys' fees and costs.

Dated: June 17, 2011

———————————————
HONORABLE JUDGE JOHN A. KRONSTADT
UNITED STATES DISTRICT COURT

- 1 -

**ORDER ON STIPULATION RE: DISMISSAL**

~9681853.doc